SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- x

CLIFFORD FOSTER, JR.,

        Plaintiff,

  - against -

HARD ROCK CAFE, INC.

        Defendant.

-------------------------------------------------------------- x

Case No.

07 Civ. 11559

**STIPULATION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that the time for Defendant to answer or otherwise move with respect to Plaintiff's Complaint in this action is hereby extended to and including Wednesday, January 16, 2008.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned that Defendant does not object to the method of service of process in this matter.

THE LAW FIRM OF LOUIS GINSBERG, P.C.

_____
Louis Ginsberg

1613 Northern Boulevard
Roslyn, New York 11576
(516) 625-0105

Attorneys for Plaintiff

GREENBERG TRAURIG, LLP

_____
Brian S. Cousin
Lauren R. Tanen

MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200

Attorneys for Defendant

SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
1/9/08

NY 238,519,110v1 12/21/2007