To: Page 5 of 5    Case 1:07-cv-11559-RMB    Document 7    Filed 02/08/2008    Page 1 of 1    2008-01-16 17:27:10 (GMT)    16466074820    From: Sharon Robinson

01/02/08  10:23 FAX                          JUDGE BERMAN                                      ☒004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Clifford Foster Jr.
                    Plaintiff(s),                    **Case Management Plan**

       - v -                                         07 cv. 11559 (RMB)

Hard Rock Cafe International
(USA) Inc.,
                    Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by __3/7/08__

(ii)    Amend the pleadings by __5/7/08__

(iii)   All discovery to be expeditiously completed by ~~4/30/08~~ __6/13/08 FACT + EXPERT__

(iv)    Consent to Proceed before Magistrate Judge __No__

(v)     Status of settlement discussions __Parties will discuss with principals on 6/16/08 @ 9:30__

Sections vi through xi will be set at conference with the Court.

(vi)    Motions __SEE COURT'S RULES__

(vii)   Oral Argument_____

(viii)  Joint Pre-Trial Order to be submitted by_____

(ix)    Final Pre-Trial Conference_____

(x)     Trial_____

(xi)    Other_____


SO ORDERED: New York, New York
            __2/8/08__

                                                    _RMB_
                                                    Hon. Richard M. Berman, U.S.D.J.