UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

| | |
|---|---|
| Clifford Foster, Jr.,<br>        Plaintiff, | Case No.: 07-cv-11559<br>Judge Richard M. Berman |
| -against- | **NOTICE OF**<br>**APPEARANCE** |
| HARD ROCK CAFÉ, INC.,<br>        Defendant. | |

--------------------------------------------------X

TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:

IT IS HEREBY NOTICE THAT Jerrold F. Goldberg, Esq., of Greenberg Traurig, LLP, hereby appears as lead counsel in this case for the Defendant, Hard Rock Café International Inc., and request that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Date:    May 29, 2008
           New York, New York

Respectfully submitted,

_____
Jerrold F. Goldberg (JG-7471)
goldbergj@gtlaw.com
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166
212.801.9200

NY 238,811,996v1