# Greenberg Traurig

Jerrold Goldberg
212.801.9209
goldbergj@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

May 29, 2008

**MEMO ENDORSED**

**BY HAND**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1581

Re: **Foster v. Hard Rock Café International (USA) Inc.**
**Case No. 07 Civ. 11559 (RMB)**

Dear Judge Berman:

We are the attorneys for the defendant in the above matter. Following the conference in February 2008, and after initial disclosures, the parties agreed to submit the dispute to private mediation before JAMS, specifically mediator Margaret Shaw, and to refrain from pursuing discovery so that all efforts and expense could be directed toward settlement. Unfortunately we had difficulty arriving at a mutually agreeable date, and the date we had set in May had to be postponed. We have confirmed a new date of July 31, 2008. Given that the Case Management Plan has discovery closing on June 13, 2008 with a settlement conference scheduled for June 16, this is to request that the discovery cutoff be extended to August 31, 2008, with a settlement conference in early September. Counsel for the plaintiff consents to this request.

Respectfully,

Jerrold Goldberg

cc: Louis Ginsberg, Esq. (via email)

Application granted. Settlement conference with principals on 9/3/08 @ 9:00 A.M.

SO ORDERED:
Date: 5/31/08
Richard M. Berman, U.S.D.J.

ALBANY
AMSTERDAM
ATLANTA
BERLIN
BOCA RATON
BOSTON
BRUSSELS
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | MetLife Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com
NY 238,812,111v1 5/28/2008