# Greenberg Traurig





Jerrold Goldberg
212.801.9209
goldbergj@gtlaw.com

September 2, 2008

**BY FACSIMILE**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York  10007-1581

# MEMO ENDORSED

Re:    **Foster v. Hard Rock Café International (USA) Inc.**
       **Case No. 07 Civ. 11559 (RMB)**

Dear Judge Berman:

We are the attorneys for the defendant in the above matter. There is a conference scheduled before your Honor tomorrow morning at 9:00 a.m. The parties have entered into a Settlement Agreement, and the agreement, signed by both parties, and check payments pursuant thereto have been sent to plaintiffs' counsel. They were due to arrive today but an error in address may delay delivery until tomorrow. Counsel has asked that I hold off filing the stipulation of discontinuance until the checks are received. Therefore, counsel jointly request that tomorrow's conference be adjourned for one week to allow for filing of the stipulation. Thank you.

Respectfully,

Jerrold Goldberg

cc:  Louis Ginsberg, Esq. (via email)

Application granted. Conference adjourned.

**SO ORDERED:**
Date:  9/2/08

Richard M. Berman, U.S.D.J.

ALBANY
AMSTERDAM
ATLANTA
BERLIN*
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | MetLife Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400

NY 238,812,111v1 9-2-08

www.gtlaw.com

09/02/08   TUE 17:13   [TX/RX NO 8702]