USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/3/08__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CLIFFORD FOSTER,                                         :

                        Plaintiff,       :

        - against -                             :

HARD ROCK CAFE INTERNATIONAL, INC.    :

                    Defendant.       :
------------------------------------------------------------x

07 Civ. 11559 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon Defendant's letter, dated September 2, 2008, indicating that the "parties have entered into a Settlement Agreement, and the agreement, signed by both parties, and check payments pursuant thereto have been sent to plaintiff's counsel," it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       September 3, 2008

_____
**Richard M. Berman, U.S.D.J.**